# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Aerotech Ground Support Services,** | |
| Plaintiff, | **CASE NO. 1:24-cv-02166-SEG** |
| v. | *Jury Trial Demanded* |
| **Delta Air Lines, Inc.,** | |
| Defendant. | |

## SECOND CONSENT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), for good cause, and with Plaintiff's consent, Defendant Delta Air Lines, Inc. respectfully moves that the deadline for it to answer, move, or otherwise respond to the Complaint be extended by 50 days, to and through Friday, August 30, 2024.

In support of this motion, Delta respectfully shows as follows:

1. Plaintiff and Delta have continued constructive discussions to resolve this dispute. Without disclosing details of those discussions, Plaintiff and Delta represent to the Court that an agreement in principle has been reached and the parties are now drafting appropriate written agreements to implement their understanding.

2. The parties agree that 50 days is a reasonable time to permit them to draft and execute appropriate agreements to conclusively resolve this matter.

3. The deadline to respond to the Complaint is currently July 11, 2024.

4. Plaintiff consents to the 50-day extension requested herein.

WHEREFORE, Delta Air Lines, Inc. requests that this consent motion be granted and that its time to answer, move, or otherwise respond to the Complaint be extended to and through August 30, 2024.

Respectfully submitted this 10th day of July 2024.

        DELTA AIR LINES, INC.

        */s/ Armen Adzhemyan*
        Armen Adzhemyan
        Senior Corporate Counsel
        Ga Bar No. 120079
        1030 Delta Blvd.
        Dept. 981
        Atlanta, GA 30320
        Armen.Adzhemyan@delta.com
        404-715-6058

**CONSENT TO BY:**

        POOLE HUFFMAN, LLC

        */s/ Lucas W. Andrews*
        Lucas W. Andrews
        Ga Bar No. 019533
        luke@poolehuffman.com

        3562 Habersham at Northlake
        Building J, Suite 200
        Tucker, GA 30084
        Tel.  (770) 988-6574
        Fax.  (888) 709-5723

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion has been prepared using Times New Roman, 14-point font.

/s/ Armen Adzhemyan

## CERTIFICATE OF SERVICE

Delta Air Lines, Inc. served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

/s/ Armen Adzhemyan